IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jon Brian Hoffman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

 -against-

University of Maryland

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____ GLS **21CV1405**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

JUN 1 4 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Jon Hoffman |
| Street Address | 1921 8th St. NW Apt 506 |
| City and County | Washington, DC |
| State and Zip Code | DC 20001 |
| Telephone Number | 202-766-9886 |
| E-mail Address | I do not consent to electronic service |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Maryalnd |
| Job or Title (if known) | |
| Street Address | |
| City and County | College Park |
| State and Zip Code | MD 20742 |
| Telephone Number | 301-405-1000 |
| E-mail Address (if known) | |

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name    Department of Communication

    Street Address    2130 Skinner Building

    City and County    College Park

    State and Zip Code    MD 20742-7635

    Telephone Number    not listed on the website contact page

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:
I am not a lawyer, please grant me permission to revise this if I miss something essential

☒    Relevant state law *(specify, if known)*:
State Government Article, §20-602, Annotated Code of Maryland

☐    Relevant city or county law *(specify, if known)*:

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

        ☐     Failure to hire me.

        ☒     Termination of my employment.

        ☐     Failure to promote me.

        ☒     Failure to accommodate my disability.

        ☐     Unequal terms and conditions of my employment.

        ☒     Retaliation.

        ☐     Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

**I have attached a timeline of events**
_____

C.   I believe that defendant(s) *(check one)*:

        ☐     is/are still committing these acts against me.

        ☒     is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

        ☐     race _____

        ☐     color_____

        ☒     gender/sex **and sexual orientation**_____

        ☐     religion _____

        ☐     national origin _____

        ☐     age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

        ☐     disability or perceived disability *(specify disability)*

             _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

I have attached my Request for Reconsideration to the MCCR, this is the
most complete statement I have detailing the nature of my claims but they
are, in brief: 1. UMD discriminated against me by not promoting me to senior
lecturer. 2. They retaliated against me for raising concerns about discrimination
in the promotion process. 3. they did so by terminating my employment.
4. The MCCR process was deficient in investigating my claims.

*(Note:  As additional support for the facts of your claim, you may attach to this
complaint a copy of your charge filed with the Equal Employment Opportunity
Commission, or the charge filed with the relevant state or city human rights
division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment
Opportunity Commission or my Equal Employment Opportunity counselor
regarding the defendant's alleged discriminatory conduct on *(date)*

July 2020 (approximately)

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*
Received approximately March 20, 2021. It was sent to my old address.

*(Note:  Attach a copy of the Notice of Right to Sue letter from the
Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment
Opportunity Commission regarding the defendant's alleged discriminatory
conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

**V.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Two years of what my salary at senior lecturer would have been (approx $50,000/yr)
and 2. a commitment to study the impact of bias in student evaluations.
The study should be public and include recommendations for improvement.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  __June 12, 2021.

Signature of Plaintiff          __/S/Jon Hoffman_____

### B.    Printed Name of Plaintiff     Jon Hoffman

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing:  _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____